## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
#### OFFICE OF THE CLERK

**KENNETH A. WELLS**
**CLERK OF COURT**

**TEL: 217.492.4020**
**FAX: 217.492.4028**

May 3, 2017

Pontiac Correctional Center
Attn: Trust Fund Dept.
Pontiac, IL

Re: Luis Roman, #M12962

Case No. 17-1195

Dear Trust Fund Department:

The Clerk of the Court recently received a complaint and a petition to proceed in forma pauperis from **Mr. Roman**.  In order for the Court to determine whether he is entitled to proceed in forma pauperis, the Court must review his trust fund ledgers for the six months immediately preceding receipt of his complaint.   Therefore, the Clerk of the Court respectfully requests that you provide to the Court a copy of **M**r. Roman  trust fund ledgers for the period **of  December 3, 2016 through May 3, 2017**, within fourteen days of the date of this letter.   Please mail or fax the trust fund ledgers to:

> United States District Court
> Central District Of Illinois
> 100 NE Monroe, Room 309
> Peoria, IL 61602
> FAX: 309-671-7120

Please refer to the above referenced case number when submitting the trust fund ledgers.  Thank you.

Sincerely,

Kenneth A. Wells
Clerk, U.S. District Court

cc: Inmate