# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

LUIS ROMAN IDOC M12962,

    Plaintiff

vs.

SUSUAN PRENTICE CORRECTIONAL MAJOR,
ANTON R. FRAZIER CORRECTIONAL OFFICER,
ADRIAN CORLEY CORRECTIONAL LIEUTENANT,
S TUTOKI #11362 CORRECTIONAL OFFICER,
COLT M. GRAGERT CORRECTIONAL OFFICER, MATTHEW R. HUBERT CORRECTIONAL OFFICER,
JONATHAN E. MICHELIN INTERNAL AFFAIRS OFFICER,
TRACY REGISTERED NURSE, TODD NELSEN
MENTAL HEALTH PROFESSIONAL, Sue in there
individually and in their offical capacities

    Defendant(s)

Case No. 1:17-CV-01195-JES
*(The case number will be assigned by the clerk)*

(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☒ 42 U.S.C. §1983 (state, county or municipal defendants)

☒ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☒ Other federal law: _____

☒ Unknown 720 ILCS 5/33-3 offical misconduct; 720 ILCS 5/12-4 Aggravated Battery

### I. FEDERAL JURISDICTION

---

*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: LUIS ROMAN

Prison Identification Number: M12962

Current address: 700 W. LINCOLN STREET P.O. Box 99 PONTIAC ILLINOIS 61764

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: SUSUAN PRENTICE

Current Job Title: (MAJOR) CORRECTIONAL MAJOR

Current Work Address PONTIAC CORR. CTR. - P.O. Box 99 PONTIAC ILLINOIS 61764

Defendant #2:

Full Name: ANTON R. FRAZIER

Current Job Title: CORRECTIONAL OFFICER

Current Work Address PONTIAC CORR. CTR. - P.O. Box 99 PONTIAC ILLINOIS 61764

Defendant #3:

Full Name: ADRIAN CORLEY

Current Job Title: CORRECTIONAL LIEUTENTANT
CURRENT WORK ADDRESS: PONTIAC CORR. CTR. - P.O. Box 99 PONTIAC ILLINOIS 61764

2

DEFENDANT

Full Name: Jonathan E. Michelin internal affairs officer
Current Job title: INTERNAL AFFAIRS OFFICER
Current Work Address: PONTIAC CORR. CTR. - P.O. Box 99
PONTIAC ILLINOIS 61764

DEFENDANT

Full Name: TRACY
Current Job title: REGISTERED NURSE
Current Work Address: PONTIAC CORR. CTR. - P.O. Box 99
PONTIAC ILLINOIS 61764

DEFENDANT

Full Name: TODD NELSEN   MENTAL HEALTH PROFESSIONAL
Current Job title: MENTAL HEALTH PROFESSIONAL
Current Work Address: PONTIAC CORR. CTR. - P.O. Box 99
PONTIAC ILLINOIS 61764

DEFENDANT

Full Name: MATTHEW R. HUBERT
Current Job title: CORRECTIONAL OFFICER
Current Work Address: PONTIAC CORR. CTR. - P.O. Box 99
PONTIAC ILLINOIS 61764

Current Work Address PONTIAC CORR. CTR. - P.O. Box 99
PONTIAC ILLINOIS 61764

Defendant #4:

Full Name: S TUTOKY #11302

Current Job Title: CORRECTIONAL OFFICER

Current Work Address PONTIAC CORR. CTR. - P.O. Box 99
PONTIAC ILLINOIS 61764

Defendant #5:

Full Name: COLT M. GRAGERT

Current Job Title: CORRECTIONAL OFFICER

Current Work Address PONTIAC CORR. CTR. - P.O. Box 99
PONTIAC ILLINOIS 61764

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?        Yes ☐        No ☒

If yes, please describe _____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐        No ☐

C. If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

4

1. Name of Case, Court and Docket Number
   _____

2. Basic claim made _____

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution? Yes ☒ No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☒ No ☐

If your answer is no, explain why not _____
_____

C. Is the grievance process completed? Yes ☒ No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence  *PONTIAC CORRECTIONAL CENTER*

♦ 5

Date(s) of the occurrence **NOVEMBER 14TH 2016**

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

1) ON NOVEMBER 14TH 2016, I PLAINTIFF WAS ESCORTED OUT OF MY CELL at 10AM BY C/O BELTER while EXITING my cell 386 IN THE NORTH CELL HOUSE TO go TO my legal call with my CIVIL ATTORNEY James R. Shultz ON AN SEPERATE lawsuit which DEAL WITH Lawrence C.C. Lawsuit, AS I WAS leaving out THE CELL. I SAW MAJOR S. PRENTICE & about 7 Regular officer's were Conducting 3 Gallery Shackdown's of every cell on 3 gallery.

2) ONCE I (Plaintiff) was at my legal Call I NOTICE DEFENDANTS S. TUTOKY AND NON DEFENDANT EDWARD looking at me cause of what, I WAS Talking to my CIVIL Attorney About, UPON FINISHING & RETURNING TO my cell from my legal Call I Was NOTIFIED BY I/m Ricky FRANKS B81668 & I/m Rozelle Pollmen that Major S. PRENTICE & about 5 C/O's Were looking Threw all my legal Paper work and took all my family PICTURE which I Immediately Refuse To RETURN THE Handcuff.

3) THEN at that time my cell Door WAS REOPENED I (plaintiff) Asked were my family Picture & THEN EXCESSIVE FORCE WAS used to the FULLEST extent WITH T/A Lt. CORLEY STABBING ME IN MY FINGER WITH CUFF Keys all consist of AGGRAVATED ASSAULT & BATTERY, and EXCESSIVE FORCE and unprofessional

4) PARAGRAPH 1 threw 3 lead TO THE RETALIATION AS follow; THEY MY HAND WAS THEN PUSHED Threw THE cell Door Cuffing Hatch and then I used some PAPER TO Cover my cell window's IN Attempt to GET Medical Attention were Then UPON C/o Toppel Purposly Deprived me of my lunch tray and about 45 Mintinues later DEFENDANT FRAZIER, AND TUTOKY SAID DEFENDANT/MAJOR S. PRENTICE WANTED TO TALK TO you DOWN STAIR WHICH I PLAINTIFF Already

6

know they were lying just to strip me out of my Personal Property (BECAUSE All along DEFENDANT/MAJOR S. PRENTICE WAS STANDING OFF TO THE Side of the cell Door A couple FEET/CELL'S AWAY) So I PLAINTIFF AFTER Already Being Assaulted Once REFUSED TO CUFF up AFTER Being THREATEN 2x, AFTER Already Being Assaulted Once, I WAS FURTHER THREATEN By THE EMERGENCY EXTRACTION TACTICAL TEAMS. Which then I complied & cuffed up.

⑤ PLAINTIFF WITHOUT knowledge walked into ANOTHER Assault By Submitting INTO Being HAND CUFFED. I PLAINTIFF UPON Being EXCORTED TO THE Holding TANK stripped Down To my BOXER and was INTERVIEWED By MENTAL HEALTH Profession Kelly Renzi & Karen and NOTIFIED THEM of ME (PLAINTIFF) just Being Attacked By SECURITY, and that I DIDN'T FEEL SAFE IN NCH (NORTH CELL HOUSE) cause of Security Just Attacking me (PLAINTIFF) AFTER talking to MENTAL HEALTH. THEN PLAINTIFF WAS THEN EXCORTED By DEFENDANT'S C/O FRAZIER, C/O TUTOKY, Lt. CORLEY Holding my left Arm, C/O TUTOKY WAS CARRING me By MY SHACKLES WHILE MAJOR S. PRENTICE WAS WALKING BEHIND THEM CARRING ME IN MID AIR By THE Cuff's & shackles.

⑥ ONCE PLAINTIFF WAS CARRIED CARRING AND DRAGGED to cell 102 of NORTH CELL HOUSE UPON Being Placed IN THE Cell C/O/DEFENDANT FRAZIER Attempted to put me IN a Headlock AND WASN'T Able to But HIS FOREARM HIT my mouth and CHIN AN THEN Pushed Down By the toilet and C/O/DEFENDANT FRAZIER PUNCHED ME (PLAINTIFF) 3x IN THE LEFT SIDE OF MY FACE WITH HIS Right Fist then EXCESSIVE FORCE was used again to take the leg Shackles off and the Shackles were cuffed to my handcuff and I was Dragged THREW THE FLOOR and Pulled THREW THE CELL DOOR cuffing Hatch to Retrieve the Cuff's WERE THEN, UPON I PLAINTIFF WAS STABBED WITH Cuff keys and my hands & Finger were Bend to the POINT WERE my Right tum was Broken/POP OUT of SOCKET and THEN LT. CORLEY WAS "UFC" kicking my hands which Caused cut's and Bruises on my hands and also caused AN QUATER INCH DEEP CUT on my left Pinky Finger & it Being out to the Bone & it Being Broken.

⑦ THEN MENTAL HEALTH Professional Kelly Renzi WAS TALKING TO MY NEXT DOOR

7

celly in cell 101 inmate HENRY MOUNSON N-73406 and I PLAINTIFF REQUESTED FOR Medical Attention were NURSE/DEFENDANT TRACY & NURSE SABRINA come to my cell and R/N TRACY Falsified the Severity/Seriousness of my injury's and lied on Medical Attention and was Denied STICHES, THEN ON 3-11 SHIFT C/O J. PYLE GOT NURSE KAUCHELL to Clean & wrap up my finger.

(8) NURSE KAUCHELL Told ME I will get STICHES and I WOULD get THEM TOMMROW which on NOVEMBER 15TH 2016 NURSE TRACY Kepted Denying me Stiches & Medical Attention & Falsifing Medical Records & once INTERVIEWED By MHP TODD Nelsen which saw THE SEVERITY & SERIOUSNESS of my injury and my Next Door cell mate IN 101 told MHP TODD Nelsen I WAS ATTACKED & am Being Refused Medical Attention & still His Being DENIED Medical Attention it was All caught on Camera, PLAINTIFF THEN TOLD DEFENDANT MATTHEW R. Hubert, and C/O T. ROSS, C/O KLUS, Dr. Kelly RENZI, R/N TRACY, R/N SABRINA THAT I (PLAINTIFF) AM IN URGENT NEED OF STICHES & Medical Attention.

(9) During THE ASSAULT TAKING PlACE DEFENDANT MAJOR S. PRENTICE was Caught giving Lt. CORLEY AN WHITE TOWEL OFF THE METAL CART TO WIPE All my hand Blood OFF His (Lt. CORLEY) Ⓡ HANDS & shirt and then DEFENDANT MAJOR S. PRENTICE gAVE Lt. CORLEY AN GREEN SUICIDE SMACK TO COVER up his Right hand were all the Blood WAS ON THE WHITE TOWEL and His Lt. Shirt. Also MAJOR S. PRENTICE WAS TRYING TO COVER up THE VIEW WERE INMATES COULDN'T SEE THE Blood & Assault take Place and all this was caught on THE NCH (NORTH Cell House) low END of 1 Gallery VIDEO SURVAILLANCE Camera System, "Which I REQUESTED TO BE PRESERVED THREW THE GRIEVANCE PROCEDURE".

STANDARD VIOLATION & STATE AN FEDERAL Violation

(10) DEFENDANT'S ANTON R. FRAZIER, ADRIAN CORLEY, ARE IN Violation of Employee Conduct, 20/120; 03.02.108, Conflict of INTEREST, 20/120; 03.02.100; 03.02.108, and Offical Misconduct 720 ILCS 5/33-3 "Offical Misconduct", 720 ILCS 5/12-4 Aggravated Battery, and my 8TH Amendment to BE FREE FROM CRUEL & UNUSUAL

8

PUNISHMENT INFLICTION; 14TH Amendment Due of process AND Deliberate indifference to my serious Medical Need, Described in PARAGRAPH 3 threw 9.

(11) DEFENDANTS S.TUTOKY, S.PRENTICE ARE IN Violation OF employee Conduct, 20/120; 03.02.108; Conflict of INTEREST, 20/120; 03.02.100; 03.02.108, and offical Misconduct 720 ILCS 5/33-3, 720 ILCS 5/12-4 Aggravated Battery, 8TH Amendment TO BE FREE FROM CRUEL & UNUSUAL PUNISHMENT INFLICTION; 14TH Amendment Due of process AND Deliberate indifference TO my Serious Medical Need, DESCRIBED IN PARAGRAPH 3 threw 9. AND Failed to provided Adequate Protection AS PRESCRIBED WITHIN THE EQUAL PROTECTION OF law, DESCRIBED IN PARAGRAPH 3 threw 9.

(12) DEFENDANTS TRACY, AND MHP TODD Nelsen ARE IN Violation of employee Conduct, 20/120; 03.02.108; Conflict of INTEREST, 20/120; 03.02.100; 03.02.108, 14TH Amendment Due of process AND Deliberate indifference TO my Serious Medical Need; 8TH Amendment to Be FREE FROM CRUEL & UNUSUAL PUNISHMENT INFLICTION; DESCRIBED IN PARAGRAPH 7 THREW 8.

(13) DEFENDANT MATTHEW R. Hubert is in Violation of employee Conduct, 20/120; 03.02.108; Conflict of INTEREST, 20/120; 03.02.100; 03.02.108, and offical Misconduct 720 ILCS 5/33-3, 8TH Amendment to BE FREE FROM CRUEL & UNUSUAL PUNISHMENT INFLICTION; 14TH Amendment Due of process and Deliberate indifference TO my SERIOUS Medical Need, DESCRIBED IN PARAGRAPH 8.



RELIEF REQUESTED

(State what relief you want from the court.)

PLAINTIFF SEEKS AN DECLARATORY JUDGEMENT ENTER AGAINST DEFENDANT'S

10

FOR THE "offical Misconduct" DESCRIBED IN PARAGRAPH 3 threw 9, and SITES; <u>Handrickson V. Cooper, 589 F.3d 887 (2009)</u>, AND Seeks compensatory damages of $80,000 FOR Pain and Suffering; AND Seeks PUNITIVE damages of $200,000 Against officals FOR "offical Misconduct" and Aggravated Battery/EXCESSIVE FORCE, FAILURE TO PROTECT, Deliberate indifference to serious Medical Need, AND PUNITIVE damages

All Relief Requested ARE BEING SEEK By Plaintiff FOR STANDARD Violation & STATE AN FEDERAL Violation IN PARAGRAPH 10 THREW 13

JURY DEMAND    Yes [X]    No [ ]

Signed this ___9TH___ day of ___MARCH___, 20_18_.

(Signature of Plaintiff)

| Name of Plaintiff: Luis Roman | Inmate Identification Number: IDCC #M-12962 |
|---|---|
| Address: P.O. Box 99, 700 W. Lincoln Street, Pontiac Illinois 61764 | Telephone Number: |

11